**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK PINSLEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 25-0228 |

**O R D E R**

**AND NOW**, this 30th day of January, 2025, upon consideration of the Plaintiff's motion for reconsideration, ECF No. 7, it is hereby **ORDERED** that the motion is **DENIED.**

                    **BY THE COURT:**


                    */s/ Jeffrey L. Schmehl*
                    **JEFFREY L. SCHMEHL, J.**